IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ANDREA SCOTT,<br><br>Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security<br>  Defendant | Civil No. 04-6223-JE<br><br><br><br>ORDER FOR EAJA FEES |

Upon review of the file herein, and noting the stipulation of the parties, it is hereby

ORDERED that attorney fees in the amount of $4,460.00 are hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

DATED this 19 day of September 2005.

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Terrye E. Shea
TERRYE E. SHEA
Special Assistant United States Attorney
(206) 615-2143
of Attorneys for Defendant

ORDER FOR EAJA FEES [04-6223-JE] Page 1